# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Rose Russo

v.

Benjamin Waring, et al.

**APPEARANCE**

CASE NUMBER: 3:00-cv-02424 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Rose Russo

January 13, 2004
Date

_____
Signature

ct09346
Connecticut Federal Bar Number

Raymond J. Keegan
Print Clearly or Type Name

Raymond J. Keegan Associates
850 Main Street
180 E. Post Road
Address

(914) 683-1100
Telephone Number

White, Plains, NY 10601

Appearance.frm.feb.96

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of records on the date hereof, January 13, 2004, to:

CLERK, USDC
450 Main Street
Hartford, CT 06103

RUSSO, LAROSE & BRESNAHAN
538 Preston Avenue
P.O. Box 1002
Meriden, CT 06450
Attorneys for Defendant, Benjamin Waring

HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
237 Buckingham St.
P.O. Box 261798
Hartford, CT 06126-1798
Attorneys for Third-Party Defendant, Gregory Verbanic

LAW OFFICE OF NANCY ROSENBAUM
655 Winding Brook Dr.
Glastonbury, CT 06033
Attorneys for Third-Party Defendant, Robert Rowe

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

*Raymond J. Keegan* (signature)
Raymond J. Keegan

RAYMOND J. KEEGAN & ASSOC., LLP