TOTAL TIME: 1 hours ___ minutes   DEPUTY CLERK Dero   HONORABLE Droney   RPTR/ERO/TAPE Marshall   CT. exmhrg (October 17, 2001)

DATE 1-30-04   START TIME 10:15   END TIME 11:15
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Russo   CIVIL NO. 3:00CV2424(CFD)   Keegan
                                    Plaintiff's Counsel
vs.                                 ☐ SEE ATTACHED CALENDAR FOR COUNSEL
Waring                              Rhodes
                                    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscelaneous Hearing

**MOTION DOCUMENT NO.**

☒ #70  Motion for Summary Judgment     ☐ granted ☐ denied ☒ advisement
☒ #74  Motion for Leave to file         ☐ granted ☐ denied ☒ advisement
☒ #75  Motion to Amend                  ☐ granted ☐ denied ☒ advisement

Hearing continued until ___ at ___