

Denied as w/Pl drawn. So ordered.
/s/ CFD
USDJ 3/26/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ROSE RUSSO, | CIVIL ACTION |
| PLAINTIFF | NO. 00-CV-2424 |
| VS. | |
| BENJAMIN WARING, | MAY 23, 2003 |
| DEFENDANT | |

## MOTION FOR LATE SERVICE OF SUMMONSES

Pursuant to Fed.R.Civ.P. 4(m), the Plaintiff, Rose Russo ("Plaintiff"), files this motion for permission to serve late summonses on Mary Capwell and Robin Kingsberry in the above-referenced matter; the Plaintiff states the following:

1. The Plaintiff filed a complaint ("Original Complaint") against Benjamin Waring ("Defendant Waring") arising out of an accident and injuries caused by him on November 4, 2000. The Original Complaint named Benjamin Waring only, and was filed in the United States District Court based on diversity jurisdiction.

2. The Plaintiff had properly filed a Notice of Intent to assert a claim against the Town of Ridgefield and the Ridgefield Board of Education, which had been