75

*Denied as withdrawn. So ordered.*
*/s/ [illegible] 3/25/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| ROSE RUSSO, | CIVIL ACTION |
| | NO. 00-CV-2424 (CFD) |
| PLAINTIFF | |
| VS. | |
| BENJAMIN WARING, | MAY 23, 2003 |
| DEFENDANT | |

## MOTION TO AMEND PURSUANT TO RULE 15

Pursuant to Fed. R. Civ. P. 15, the Plaintiff, Rose Russo ("Plaintiff"), moves for permission to amend her complaint to include Mary Capwell and Robin Kingsberry as parties defendant. In support of her motion, the Plaintiff states the following:

1. The Plaintiff filed a complaint ("Original Complaint") against Benjamin Waring ("Defendant Waring") arising out of an accident and injuries caused by him on November 4, 2000. The Original Complaint named Benjamin Waring only, and was filed in the United States District Court based on diversity jurisdiction.

2. The Plaintiff had properly filed a Notice of Intent to assert a claim against the Town of Ridgefield and the Ridgefield Board of Education, which had been