UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | 300 CV 2424 (CFD) |
| BENJAMIN WARING, ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | PLAINTIFF, ROSE RUSSO'S MOTION TO DISMISS ACTION AGAINST DEFENDANT, ROBERT ROWE |
| Defendant, | : | |
| VS. | : | |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | February 16, 2005 |
| Third-Party Defendants. | : | |

FILED 2005 FEB 22 P 12: 10

The plaintiff, ROSE RUSSO, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves the court to dismiss defendant, ROBERT ROWE, from the present action. ROBERT ROWE remains an apportionment defendant to this action for any cross-claims by the remaining defendants. Pursuant to the Federal Rules of Civil Procedure, the court may issue an order to dismiss an action upon such terms and conditions as it deems proper. This motion is in response to a settlement agreement between the plaintiff, ROSE RUSSO, and defendant, ROBERT ROWE.

Counsel for plaintiff, ROSE RUSSO, certifies that, prior to filing this motion, he corresponded to counsel for defendants, BENJAMIN WARING, GREGORY VERBANIC, ROBERT ROWE, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, and TOWN OF RIDGEFIELD by a Stipulation of Dismissal dated April 22, 2004, requesting that they consent to the dismissal of defendant, ROBERT ROWE, pursuant to FRCP 41(a)(1). Despite this communication, counsel for defendants, BENJAMIN WARING, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, and TOWN OF RIDGEFIELD have withheld consent to dismiss defendant, ROBERT ROWE, from this action.

**WHEREFORE**, the plaintiff, ROSE RUSSO, moves this court:

1. Order ROBERT ROWE dismissed from the present action only as to the plaintiff's case, and to remain as a defendant regarding the cross-claims by co-defendants.

The Plaintiff, ROSE RUSSO

By _____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Juries #: 412973
Federal Bar #: CT 17624

RAYMOND J. KEEGAN & ASSOC., LLP
c/o  RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of records on the date hereof, February 16, 2005, to:

CLERK, USDC
450 Main Street
Hartford, CT 06103

RUSSO, LAROSE & BRESNAHAN
95 Glastonbury Boulevard
Glastonbury, CT 06033
Attorneys for Defendant, Benjamin Waring

HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
237 Buckingham St.
P.O. Box 261798
Hartford, CT 06126-1798
Attorneys for Defendant, Gregory Verbanic

LAW OFFICE OF NANCY ROSENBAUM
655 Winding Brook Dr.
Glastonbury, CT 06033
Attorneys for Defendant, Robert Rowe

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP