UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>    Plaintiff<br>v.<br><br>BENJAMIN WARING<br>    Defendant<br><br>vs.<br><br>ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER;<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD)<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 20, 2005 |

### MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c), the Town of Ridgefield and the Ridgefield Board of Education hereby move for reconsideration of the Court's ruling of September 8, 2005 in which the Court denied the defendants' Motion for Summary Judgment. A Memorandum of Law has been filed in support of this motion.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

By 
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 20th day of September, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
PO Box 261798
Hartford, CT 06106

Robert M. LaRose, Esq.
Russo, LaRose & Bresnahan
538 Preston Avenue, P.O. Box 1002
Meriden, CT 06450

John Ward, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

ROBERT A. RHODES

732034_1 DOC
732034-1(HSFP)

734943v.1

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195