UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO,<br>    Plaintiff,<br><br>v.<br><br>BENJAMIN WARING,<br>    Defendant,<br>v.<br><br>ROBERT ROWE, GREGORY VERBANIC,<br>DIANE SCHRIER, TOWN OF RIDGEFIELD,<br>BOARD OF EDUCATION, TOWN OF<br>RIDGEFIELD<br>    Third-Party Defendants. | No. 3:00 CV 2424 (CFD) |

## **ORDER**

A settlement conference has been scheduled in this matter for October 6, 2005 at 10:00 A.M. Several parties have requested not to be present at that conference. After reviewing all such requests, the Court issues the following order:

Defendant Benjamin Waring is EXCUSED from attendance, provided that his lawyer and insurance adjuster are in attendance.

Third-Party Defendant Diane Schrier is EXCUSED from attendance, provided that her lawyer and insurance adjuster are in attendance.

Michael DeStefano, insurance adjuster for third-party defendant Robert Rowe, is NOT EXCUSED from attendance and is ORDERED to be present.

The request from third-party defendants Town of Ridgefield and Ridgefield Board of

1

Education not to have a representative present is DENIED. A representative of each defendant is ORDERED to be in attendance on October 6, 2005.

So ordered this _3rd_ day of October 2005 at Hartford, Connecticut.

                                          /s/ CFD
                                        **CHRISTOPHER F. DRONEY**
                                        **UNITED STATES DISTRICT JUDGE**