UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO,<br>    Plaintiff<br>VS.<br><br>BENJAMIN WARING,<br>    Defendant/Third Party<br>      Plaintiff<br>VS.<br><br>GREGORY VERBANIC,<br>    Third Party Defendant | NO: 3:00CV 2424 (CFD)<br><br><br><br><br><br><br><br><br><br>October 4, 2005 |

### MOTION TO EXCUSE GREGORY VERBANIC FROM PERSONALLY ATTENDING OCTOBER 6, 2005 SETTLEMENT CONFERENCE

The third-party defendant, Gregory Verbanic, in the above entitled matter moves that the court excuse him from personally attending the October 6, 2005 Settlement Conference before Judge Christopher F. Droney. Mr. Verbanic is represented by the undersigned counsel who will be present. Additionally, a liability insurance adjuster with full settlement authority will be in attendance for the settlement conference to engage in good faith settlement negotiations with the other parties and their insurers. Accordingly, the third party defendant, Gregory Verbanic, respectfully requests that this Court excuse him from personally appearing at the settlement conference.

THIRD-PARTY DEFENDANT, GREGORY VERBANIC,

BY _/s/ James M. Moher_
James M. Moher    ct No. 05514
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, CT 06106
(860) 525-3101

2

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on October 4, 2005, to:

Raymond J. Keegan & Associates
180 East Plain Road
White Plains, New York 10601

Robert M. LaRose, Esquire
Russo, LaRose & Bresnahan
538 Preston Avenue, P. O. Box 1002
Meriden, CT 06450

Leo McManus, Esquire
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

John D. Ward, Esquire
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

Robert Rhodes, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

_____
James M. Moher

3

<u>O R D E R</u>

The foregoing Motion to Excuse Attendance, having been heard by the Court, it is hereby Ordered:
**GRANTED / DENIED.**

          BY THE COURT,

          _____
          Judge/Clerk

4