UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


ROSE RUSSO,                              :        CIVIL ACTION
                                        :
                        Plaintiff,      :
                                        :
            VS.                         :        300 CV 2424 (CFD)
                                        :
BENJAMIN WARING,                        :
                                        :        **MOTION TO EXTEND**
                                        :        **PLAINTIFF'S TIME TO**
                                        :        **RESPOND TO MOTION**
                                        :        **FOR RECONSIDERATION**
            VS.                         :
                                        :
                                        :        October 7, 2005
                                        :
ROBERT ROWE, GREGORY                    :
VERBANIC, DIANE SCHRIER, TOWN           :
of RIDGEFIELD; BOARD OF                 :
EDUCATION, TOWN OF RIDGEFIELD           :
                                        :
            Third-Party Defendants.     :


The plaintiff, ROSE RUSSO, pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure and local Rule 9(b) respectively moves the Court to **EXTEND TIME FOR**

**PLAINTIFF TO RESPOND TO MOTION FOR RECONSIDERATION** to October

26, 2005.

Counsel for plaintiff, ROSE RUSSO, certifies that, prior to filing this motion, he contacted counsel for moving defendant (TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD). Counsel for moving defendant did consent to extend time by two weeks to respond to said motion. This is the first time I am requesting an extension of time to respond to said motion.

**WHEREFORE**, the plaintiff, ROSE RUSSO, moves this court:

1.    For an Order extending plaintiff's time to respond to motion for reconsideration to October 26, 2005.

The Plaintiff, ROSE RUSSO

By_____

Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Juries #: 412973
Federal Bar #: CT 17624

RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614

## CERTIFICATION

I hereby certify that a copy of the foregoing was faxed and mailed to the following counsel of records on the date hereof, October 7, 2005, to:

CLERK, USDC
450 Main Street
Hartford, CT 06103

RUSSO & LAROSE
95 Glastonbury Blvd.
Glastonbury, CT 06033
Attorneys for Defendant, Benjamin Waring

HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
237 Buckingham St.
P.O. Box 261798
Hartford, CT 06126-1798
Attorneys for Third-Party Defendant, Gregory Verbanic

LAW OFFICE OF NANCY ROSENBAUM
655 Winding Brook Dr.
Glastonbury, CT 06033
Attorneys for Third-Party Defendant, Robert Rowe

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

Jeffrey J. Keegan

RAYMOND J. KEEGAN & ASSOC., LLP