UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ROSE RUSSO, | CIVIL ACTION |
| Plaintiff, | NO. 00-CV-2424 (CJD) |
| vs. | October 18, 2005 |
| BENJAMIN WARING, GREGORY VERBANIC, DIANE SCHRIER, TOWN Of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD, | |
| Defendants, | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT BOARD OF EDUCATION AND TOWN OF RIDGEFIELD'S MOTION FOR RECONSIDERATION**

The issues for which the defendant seeks reconsideration have been covered in plaintiff's Memorandum in Opposition dated June 9, 2003, at pages 13-22. The subject moving papers simply repeats previous arguments set forth in the original moving papers.

Based upon this record, there are genuine issues of fact as to whether the failure to provide any supervision was a ministerial omission and whether Diane Schrier could be considered an agent of the school.

Clearly, in the case at bar, there is evidence of procedures, guidelines and regulations which support a finding of ministerial omission and which constitute a question of fact to be resolved by the jury.

Wherefore, we respectfully request that the Defendant's Motion for Reconsideration be in all respects denied.

The Plaintiff, ROSE RUSSO

By _____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Federal Bar # CT 17624

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on October 18, 2005, to:

CLERK OF
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 Main Street
Hartford, CT  06103

HON. CHRISTOPHER DRONEY
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 Main Street
Hartford, CT  06103

HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT  06126-1798
Attorneys for Third-Party Defendant, Gregory Verbanic

RUSSO & LAROSE
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT  06033
Attorneys for Defendant, Benjamin Waring

LAW OFFICE OF NANCY ROSENBAUM
655 Winding Brook Drive
Glastonbury, CT  06033
Attorneys for Third-Party Defendant, Robert Rowe

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier


HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP