UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO | : CIVIL ACTION NO. |
|     Plaintiff | : 3:00 CV 2424 (CFD) |
| v. | : |
| | : |
| BENJAMIN WARING | : |
|     Defendant | : |
| | : |
| vs. | : |
| | : |
| ROBERT ROWE; GREGORY | : |
| VERBANIC; DIANE SCHRIER; | : |
| TOWN OF RIDGEFIELD; BOARD OF | : |
| EDUCATION, TOWN OF RIDGEFIELD | : NOVEMBER 8, 2005 |

## MOTION FOR EXTENSION OF TIME
## TO FILE TRIAL MEMORANDUM

The undersigned defendants, The Ridgefield Board of Education and the Town of Ridgefield, hereby move for an extension of eleven (11) days up to an including November 28, 2005 in which to file the Trial Memorandum in the above-captioned matter. This additional time is necessary as counsel is currently in the process of drafting a Trial Memorandum in the case of <u>Tolnay v. Wearing</u>, Civil Action No. 3:02 CV 1514 (JCH), in which jury selection is scheduled for November 15, 2005 with evidence to commence on December 1, 2005. Additionally, counsel also has hearings scheduled on November 16, November 17, and November 22, 2005, and the Thanksgiving Holiday is on November 24, 2005. As the present matter does not yet have a trial date and we do not anticipate trial before January 1, 2006, the granting of the present motion will not delay the trial nor prejudice the parties.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

All counsel still remaining in this matter, Attorney Jeffrey Keegan and Attorney Leo McManus, have been contacted concerning this Motion and have indicated that they have no objection to the granting of this Motion.

WHEREFORE, the deadline for filing the Trial Memorandum should be extended to November 28, 2005.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

- 2 -

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## **CERTIFICATION**

This is to certify that on this 8th day of November, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
PO Box 261798
Hartford, CT 06106

Robert M. LaRose, Esq.
Russo, LaRose & Bresnahan
538 Preston Avenue, P.O. Box 1002
Meriden, CT 06450

John Ward, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

754313-1(HSFP)

754313v1

- 3 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195