UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO | : CIVIL ACTION NO. |
|     Plaintiff | : 300 CV 2424 (CFD) |
| | : |
| VS. | : |
| | : |
| BENJAMIN WARING, ET AL | : |
|     Defendants | : November 28, 2005 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE TRIAL MEMORANDUM

    The defendant Diane Schrier respectfully moves for a 14 day enlargement of time, through and including December 12, 2005, within which to file the trial memorandum. The additional time is necessitated by unexpected delays experienced by the undersigned occasioned by his role of lead defense counsel in the preparation and filing of joint defense position statements for a multi-party state mediation scheduled for November 30, 2005. In addition, counsel for the Ridgefield defendants Robert Rhodes is scheduled to begin evidence in the case of *Tolnay v. Wearing*, Civil Action No. 3:02 CV 1514 (JCH), which he expects will last for seven days.

    This case has yet to be set down for trial and the parties do not expect trial before

January 2, 2006, at the earliest.  Accordingly, the granting of this motion should not delay the trial or prejudice any party.

All counsel remaining in this case, Attorney Jeffrey Keegan for the plaintiff, and Attorney Robert Rhodes, attorney for the Ridgefield defendants, have no objection to the granting of this motion.

WHEREFORE, the undersigned respectfully requests that the time for filing the trial memorandum be enlarged by 14 days.

                                          DIANE SCHRIER

                                          BY_____
                                            Leo J. McManus
                                            Fed. Bar No. ct14214
                                            Law Offices of James Pickett
                                            805 Brook Street
                                            Rocky Hill, CT  06067
                                            (860) 563-4439

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by facsimile transmission and mailed first class, postage prepaid on November 28, 2005, postage prepaid, to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
Leo J. McManus