UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO | : | CIVIL ACTION NO. |
|     Plaintiff | : | 300 CV 2424 (CFD) |
| | : | |
| VS. | : | |
| | : | |
| BENJAMIN WARING, ET AL | : | |
|     Defendants | : | STIPULATION OF |
| | : | DISMISSAL |
| VS. | : | |
| | : | |
| ROBERT ROWE, GREGORY | : | |
| VERBANIC, DIANE SCHRIER, TOWN | : | |
| OF RIDGEFIELD; BOARD OF | : | |
| EDUCATION, TOWN OF RIDGEFIELD | : | NOVEMBER 2, 2005 |
|     Third Party Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a)(1), by and between the undersigned, the attorneys of record for all the parties to the above titled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action. The above titled action as to the third party plaintiff Benjamin Waring against third party defendants Robert Rowe, Gregory Verbanic, Diane Schrier, Town of Ridgefield; Board of Education, Town of Ridgefield is discontinued, without cost to any part as

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
       November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100


_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033


_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
       November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100


_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033


_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
       November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100


_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033


_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100

_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100


_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage paid to the following counsel of record on the date hereof.

James Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

Leo J. McManus, Esq.
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

Robert Avery Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Jeffrey J. Keegan, Esq.
Raymond J. Keegan & Associates, LLP
180 East Post Road
White Plains, NY 10601

John Ward, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

ROBERT M. LAROSE, ESQ.