UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | 300 CV 2424 (CFD) |
| BENJAMIN WARING, | : | |
| Defendant, | : | |
| VS. | : | |
| | : | December 12, 2005 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | |
| Third-Party Defendants. | : | |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE TRIAL MEMORANDUM

The plaintiff Rose Russo respectfully moves for a 5 day enlargement of time, through and including December 16, 2005, within which to file the trial memorandum. The additional time is necessitated by unexpected delays experienced by the undersigned occasioned by his role in a medical malpractice trial in Putnam County, New York which began on November 7, 2005 and ended on December 8, 2005. In addition, counsel for the Ridgefield defendants Robert Rhodes is still presently on trial in the case of *Tolnay v. Wearing,* Civil Action No. 3:02 CV 1514 (JCH).

This case has yet to be set down for trial and the parties do not expect a trial before January 2, 2006, at the earliest. Accordingly, the granting of this motion should not delay the trial or prejudice any party.

All counsel remaining in this case, Attorney Leo McManus for the defendant Diane Schrier, and Attorney Robert Rhodes, attorney for the Ridgefield defendants, have no objection to the granting of this motion.

WHEREFORE, the undersigned respectfully requests that the time for filing the trial memorandum be enlarged by 5 days.

Plaintiff, ROSE RUSSO

By _____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Juris #: 412973
Federal Bar #: CT 17624

RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614

## CERTIFICATION

I hereby certify that a copy of the foregoing was faxed and mailed to the following counsel of records on the date hereof, December 12, 2005, to:

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

_____
Jeffrey J. Keegan

RAYMOND J. KEEGAN & ASSOC., LLP