UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>    Plaintiff<br><br>v.<br><br>BENJAMIN WARING<br>    Defendant<br><br>vs.<br><br>ROBERT ROWE; GREGORY VERBANIC; DIANE SCHRIER; TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : CIVIL ACTION NO.<br>: 3:00 CV 2424 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 21, 2005 |

### MOTION IN LIMINE RE: HEARSAY

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the written statement of Katherine Wilson, lien letters from High Mark Disability and Blue Cross Blue Shield and a letter written by Diane Schrier to Metropolitan Insurance Company as they constitute hearsay. A Memorandum of Law has been filed in support of this motion.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By /s/ Robert A. Rhodes
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761804v 1

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD) |
| v. | : | |
| BENJAMIN WARING<br>    Defendant | : | |
| vs. | : | |
| ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER;<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | : | DECEMBER 21, 2005 |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN LIMINE RE: HEARSAY**

I.   INTRODUCTION

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the written statement of Katherine Wilson, lien letters from High Mark Disability and Blue Cross Blue Shield and a letter written by Diane Schrier to Metropolitan Insurance Company as they constitute hearsay.

II.   ARGUMENT

In the present case, the plaintiff has indicated that she intends to offer the written statement of a fact witness, Katherine Wilson into evidence at trial (plaintiff's proposed exhibit 28). The plaintiff has also identified Katherine Wilson as a witness at trial. The plaintiff has also identified lien letters from High Mark Disability and Blue Cross Blue Shield as exhibits which she will offer at trial (plaintiff's proposed exhibits 72-74).

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Finally, the plaintiff has identified a letter from Diane Schrier to her insurance company as an exhibit at trial (plaintiff's proposed exhibit 33).

These documents all fall within the definition of "hearsay" under F.R.E. 801(c) as they all consist of out of court statements to prove the truth of the matter asserted therein. Therefore, the Ridgefield Defendants move to preclude these documents from evidence at trial because they constitute hearsay as to the Ridgefield Defendants and are not otherwise exceptions to the hearsay rule.

III.    CONCLUSION

For the foregoing reasons, the defendants' Motion in Limine should be granted.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761810v 1

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195