UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>    Plaintiff<br><br>V.<br><br>BENJAMIN WARING<br>    Defendant<br><br>vs.<br><br>ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER;<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD)<br><br><br><br><br><br><br><br><br><br>DECEMBER 21, 2005 |

### MOTION IN LIMINE RE: CUMULATIVE AND IRRELEVANT TESTIMONY

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding cumulative and irrelevant testimony proposed by the plaintiff. Specifically, the Ridgefield Defendants move to preclude the testimony of Ralph Wallace, Georgina Castellani and Geneth Myernick on the grounds that there proposed testimony is cumulative and irrelevant. A Memorandum of Law has been filed in support of this motion.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761803v 1

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:00 CV 2424 (CFD) |
| v. | : | |
| BENJAMIN WARING | : | |
|     Defendant | : | |
| vs. | : | |
| ROBERT ROWE; GREGORY VERBANIC; DIANE SCHRIER; TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | DECEMBER 21, 2005 |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN LIMINE RE: CUMULATIVE AND IRRELEVANT TESTIMONY**

I.   INTRODUCTION

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding cumulative and irrelevant testimony proposed by the plaintiff. Specifically, the Ridgefield Defendants move to preclude the testimony of Ralph Wallace, Georgina Castellani and Geneth Myernick on the grounds that there proposed testimony is cumulative and irrelevant.

II.   ARGUMENT

In the present case, the plaintiff has identified Ralph Wallace, Georgina Castellani and Geneth Myernick as trial witnesses. The proposed testimony of these individuals is cumulative of the testimony which can be elicited from other employees

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

from the Board of Education which the plaintiff has also identified as witnesses she intends to call at trial.

"Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Federal Rules of Evidence, Rule 403.

Mr. Wallace was the Superintendent of Ridgefield Public Schools at the time of the plaintiff's injury, and Ms. Castellani and Ms. Myernick were employed by the Board of Education at the time of the plaintiff's injury. These individuals have been identified to provide testimony about the policies of the Board of Education concerning the rental of school facilities, and to provide testimony stating that they do not know who "altered" the copies of the documents completed by Mrs. Schrier.

The plaintiff has also identified Dr. Joanne Keating, Principal Mary Capwell and secretary Cecilia Rosevalt as witnesses. These individuals can all provide the same information as Ralph Wallace, Georgina Castellani and Geneth Myernick. Additionally, Ms. Rosevalt will testify that she made the "alterations" to the copies of the rental forms completed by Mrs. Schrier. Therefore, in the interests of judicial economy and F.R.E. 403, the Court should preclude the testimony of Ralph Wallace, Georgina Castellani and Geneth Myernick.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

III.  **CONCLUSION**

For the foregoing reasons, the defendants' Motion in Limine should be granted.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

**CERTIFICATION**

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761811_1 DOC

- 3 -

761811v 1
315 Post Road West
Westport, CT  06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195