UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>    Plaintiff<br>v.<br><br>BENJAMIN WARING<br>    Defendant<br><br>vs.<br><br>ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER;<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD)<br><br><br><br><br><br><br><br><br><br>DECEMBER 21, 2005 |

### MOTION IN LIMINE RE: "ALTERED" DOCUMENTS

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the introduction of the allegedly "altered" Application for Use of School Facilities and Application for In House Usage. These documents are not relevant to any of the disputed issues in this case and are offered only for some prejudicial effect against the Ridgefield Defendants. A Memorandum of Law has been filed in support of this motion.

                                    DEFENDANTS,
                                    TOWN OF RIDGEFIELD,
                                    BOARD OF EDUCATION,
                                    TOWN OF RIDGEFIELD

                                    By _____
                                    Robert A. Rhodes
                                    Fed. Bar No. ct 13583
                                    HALLORAN & SAGE LLP
                                    315 Post Road West
                                    Westport, CT 06880
                                    (203) 227-2855

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

ROBERT A. RHODES

761801v 1

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>　　Plaintiff | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD) |
| v. | |
| BENJAMIN WARING<br>　　Defendant | |
| vs. | |
| ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER;<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | DECEMBER 21, 2005 |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN LIMINE RE: "ALTERED" DOCUMENTS**

I.   INTRODUCTION

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the introduction of the allegedly "altered" Application for Use of School Facilities and Application for In House Usage (plaintiff's proposed exhibits 3 and 4). These documents are not relevant to any of the disputed issues in this case and are offered only for some prejudicial effect against the Ridgefield Defendants.

II.   ARGUMENT

In the present case, it is anticipated that the plaintiff and the co-defendant Diane Schrier will offer "altered" versions of the rental forms completed by Diane Schrier for the use of the East Ridge Middle School auditorium for the talent show, to prove that the talent show was a school sponsored event.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

"Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Federal Rules of Evidence, Rule 403.

In the present case, these "altered" documents do not have any "tendancy" to make the claim that the talent show was a school sponsored event "more or less probable."

First, the alleged "alterations" were the "scratching out" or removal of the initials "ERMS" from office copies the rental forms. The removal of the initials "ERMS" would make it less probable that the event was school sponsored. Thus, the "altered" documents would not tend to support the claims of the plaintiff and co-defendant.

Second, the evidence will demonstrate that these "alterations" were made only to office copies of the forms, and not to the originals which were sent to the BOE Business Office or to the copies which were sent back to Mrs. Schrier. The evidence will show that Mrs. Schrier never saw these "altered" copies until the present litigation. Since these "altered" copies were never distributed to Mrs. Schier and never left the Main Office of the East Ridge Middle School, they are not relevant to proving that the talent show was sponsored by the East Ridge Middle School or the BOE. The undisputed evidence will also demonstrate show that these alleged "alterations" occurred some time in the beginning of the school year in September, long before the talent show, which would make such evidence even less probative. (See Deposition of Cecelia Rosevalt at p. 107, 108, attached as Exhibit A.)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Third, it is not the Ridgefield Defendants' position that these altered copies were ever sent or given to Mrs. Schrier. If the Ridgefield Defendants' were to claim at trial that the "altered" copies were sent to Mrs. Schrier, than evidence concerning the "alterations" could become admissible to rebut this claim. However, since this is not the case, these documents are not relevant.

The only true purpose of this offer is to unfairly prejudice the BOE and create the illusion of a vast conspiracy where none exists.

III.   CONCLUSION

For the foregoing reason, the defendants' Motion in Limine should be granted.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761808v1

- 4 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195