UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD) |
| v. | : | |
| BENJAMIN WARING<br>    Defendant | : | |
| vs. | : | |
| ROBERT ROWE; GREGORY VERBANIC; DIANE SCHRIER; TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | DECEMBER 21, 2005 |

### MOTION IN LIMINE RE: MEDICAL RECORDS

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the plaintiff from offering any medical records and reports which are not properly authenticated and signed by the treating physicians. (See plaintiff's proposed exhibits 34-69.) A memorandum of law has been filed in support of this motion.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

ROBERT A. RHODES

762537v 1

- 3 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO<br>    Plaintiff | : | CIVIL ACTION NO. |
| v. | : | 3:00 CV 2424 (CFD) |
| BENJAMIN WARING<br>    Defendant | : | |
| vs. | : | |
| ROBERT ROWE; GREGORY VERBANIC; DIANE SCHRIER; TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | DECEMBER 21, 2005 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE RE: MEDICAL RECORDS

I.    INTRODUCTION

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the plaintiff from offering any medical records and reports which are not properly authenticated and signed by the treating physicians.

II.    ARGUMENT

In the present case, the plaintiff has identified as proposed exhibits, several medical records, reports and bills from various physicians and institutions, including but not limited to Dr. Leonard Harrision, Dr. Bushman, Dr. Zelicoff, Dr. Alpert, Dr. Pelker, Dr. Levine and Dr. Taggart, as well as, Danbury Hospital, White Plains Hospital, Hospital for Special Surgery, Yale New Haven Hospital, Burke Rehabilitation and the VNA Association. (See plaintiff's proposed exhibits 34-69.)

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Pursuant to F.R.E. 803(6) such records are only admissible if they are authenticated by testimony of a records keeper, or by certification in compliance with Rule 902(11) or other statutory authority. Under C.G.S. § 4-104, medical records are authenticated only when delivered by the provider to the Court Clerk in a sealed envelope pursuant to a subpoena. Under C.G.S. § 52-174(b), medical reports are only admissible if they are signed by the provider.

In the present case, the plaintiff has not represented that she will provide authentication as required under F.R.E. 803(6), 902(11) or Connecticut law. Additionally, the Ridgefield Defendants believe that many of the reports and records are not signed and are not admissible. To the extent that any of these medical reports and records are unsigned and not authenticated at or prior to trial, they should be precluded.

III.   CONCLUSION

For the foregoing reasons, the defendants' Motion in Limine should be granted.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

- 2 -

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

762413v 1

- 3 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195