UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:00 CV 2424 (CFD) |
| v. | : | |
| | : | |
| BENJAMIN WARING | : | |
|     Defendant | : | |
| | : | |
| vs. | : | |
| | : | |
| ROBERT ROWE; GREGORY VERBANIC; DIANE SCHRIER; TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | DECEMBER 21, 2005 |

### MOTION IN LIMINE RE: EXPERT OPINIONS

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the plaintiff from offering any expert opinions through either documents or testimony which were not disclosed in a timely manner pursuant to the Rule 26(f) Report. A Memorandum of Law has been filed in support of this motion.

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _/s/ Robert A. Rhodes_
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## **CERTIFICATION**

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761802v 1

- 2 –

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO<br>　　Plaintiff<br><br>v.<br><br>BENJAMIN WARING<br>　　Defendant<br><br>vs.<br><br>ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER;<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:00 CV 2424 (CFD)<br><br><br><br><br><br><br><br><br><br>DECEMBER 21, 2005 |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION IN LIMINE RE: EXPERT OPINIONS

### I.   INTRODUCTION

The Town of Ridgefield and the Ridgefield Board of Education hereby move for an order precluding the plaintiff from offering any expert opinions through either documents or testimony which were not disclosed in a timely manner pursuant to the Rule 26(f) Report.

### II.   ARGUMENT

In the present case, the plaintiff has identified two expert witnesses which she intends to call at trial, Gary Crakes and Dr. Leonard Harrison. Additionally, the plaintiff has also identified various reports and records from other treating physicians and institutions which she intends to offer as exhibits at trial. These physicians include Dr. Bushman, Dr. Zelicoff, Dr. Alpert, Dr. Pelker, Dr. Levine and Dr. Taggart. Additionally,

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

the plaintiff has also listed records and reports from several hospitals and rehabilitation facilities as exhibits, including but not limited to records from Danbury Hospital, White Plains Hospital, Hospital for Special Surgery, Yale New Haven Hospital, Burke Rehabilitation and the VNA Association. (See plaintiff's proposed exhibits 34-69.)

Pursuant to the final Rule 26(f) report, the plaintiff was to disclose experts by December 15, 2002. Dr. Crakes was initially disclosed as an expert on or about January 21, 2003, with amended disclosures filed on or about February 18, 2002 and March 24, 2003. Dr. Harrison was disclosed as an expert on or about February 15, 2005. Dr. Alpert was disclosed on or about September 25, 2003, and Dr. Levine was disclosed on or about January 9, 2003. The remaining physicians have not been disclosed as expert witnesses. As none of the above-mentioned experts were disclosed within the time period agreed by counsel, any testimony containing their opinions should be precluded at trial. To the extent that any of the reports or records identified by the plaintiff as trial exhibits contain expert opinions, such opinions should be precluded, either by redaction or preclusion of the entire document.

III. CONCLUSION

For the foregoing reasons, the defendants' Motion in Limine should be granted.

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

DEFENDANTS,
TOWN OF RIDGEFIELD,
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD

By _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

## **CERTIFICATION**

This is to certify that on this 21ST day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

761809v.1

– 3 –

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195