UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO, | CIVIL ACTION |
| Plaintiff, | |
| VS. | 300 CV 2424 (CFD) |
| BENJAMIN WARING, ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | **STIPULATION OF DISMISSAL** |
| Defendants, | |
| VS. | October 17, 2005 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | |
| Third-Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rules of Civil Procedure 41 (a)(1), by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action as to the plaintiff ROSE RUSSO against defendant(s) BENJAMIN WARING and GREGORY VERBANIC, is discontinued, without costs to either party as against the

other. BENJAMINE WARING and GREGORY VERBANIC remain an apportionment defendant to this action. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, NY
       October 17, 2005

---

RUSSO & LAROSE
Attorney for Deft. Benjamin Waring
95 Glastonbury Blvd., Suit 400
Glastonbury, CT 06033
(860) 368-5070

---

RAYMOND J. KEEGAN & ASSOC., LLP
Attorneys for Plaintiff
180 East Post Road
White Plains, NY 10601
(914) 683-1100

---

HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
Attorneys for Deft. Gregory Verbanic
237 Buckingham St.
P.O. Box 261798
Hartford, CT 06126-1798

---

LAW OFFICE OF NANCY ROSENBAUM
Attorneys for Deft. Robert Rowe
655 Winding Brook Dr.
Glastonbury, CT 06033

---

LAW OFFICES OF JAMES PICKETT
Attorneys for Deft.
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

---

HALLORAN & SAGE, LLP
Attorneys for Defts.
Town of Ridgefield and Board of Education
Town of Ridgefield
315 Post Road West
Westport, CT 06880

other. BENJAMINE WARING and GREGORY VERBANIC remain an apportionment defendant to this action. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, NY
October 17, 2005

_____
RUSSO & LAROSE
Attorney for Deft. Benjamin Waring
95 Glastonbury Blvd., Suit 400
Glastonbury, CT 06033
(860) 368-5070

_____
RAYMOND J. KEEGAN & ASSOC., LLP
Attorneys for Plaintiff
180 East Post Road
White Plains, NY 10601
(914) 683-1100

_____
HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
Attorneys for Deft. Gregory Verbanic
237 Buckingham St.
P.O. Box 261798
Hartford, CT 06126-1798

_____
LAW OFFICE OF NANCY ROSENBAUM
Attorneys for Deft. Robert Rowe
655 Winding Brook Dr.
Glastonbury, CT 06033

_____
LAW OFFICES OF JAMES PICKETT
Attorneys for Deft.
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
HALLORAN & SAGE, LLP
Attorneys for Defts.
Town of Ridgefield and Board of Education
Town of Ridgefield
315 Post Road West
Westport, CT 06880

other. BENJAMINE WARING and GREGORY VERBANIC remain an apportionment defendant to this action. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, NY
       October 17, 2005

RUSSO & LAROSE
Attorney for Deft. Benjamin Waring
95 Glastonbury Blvd., Suit 400
Glastonbury, CT 06033
(860) 368-5070

RAYMOND J. KEEGAN & ASSOC., LLP
Attorneys for Plaintiff
180 East Post Road
White Plains, NY 10601
(914) 683-1100

HOWARD, KOHN, SPRAGUE
& FITZGERALD, LLP
Attorneys for Deft. Gregory Verbanic
237 Buckingham St.
P.O. Box 261798
Hartford, CT 06126-1798

LAW OFFICE OF NANCY ROSENBAUM
Attorneys for Deft. Robert Rowe
655 Winding Brook Dr.
Glastonbury, CT 06033

LAW OFFICES OF JAMES PICKETT
Attorneys for Deft.
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

HALLORAN & SAGE, LLP
Attorneys for Defts.
Town of Ridgefield and Board of Education
Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100

_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880

against the other. The stipulation may be filed without further notice with the clerk of court.

Dated: Glastonbury, CT
       November 2, 2005

_____
Robert M. LaRose, Esq.
Atty for Third Pty Pltf. Benjamin Waring
Russo & LaRose
95 Glastonbury Boulevard, Suite 400
Glastonbury, CT 06033
Phone 860-368-5070

_____
Jeffrey J. Keegan, Esq.
Atty for First Pty Plaintiff
180 East Pond Road
White Plains, NY 10601
(914) 683-1100

_____
James M. Moher, Esq.
Howard, Kohn, Sprague & Fitzgerald, LLP
Atty for Third Pty Def. Gregory Verbanic
237 Buckingham Street
Hartford, CT 06126

_____
John D. Ward, Esq.
Law Office of Nancy Rosenbaum
Atty for Third Pty Def. Robert Rowe
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Leo J. McManus, Esq.
LAW OFFICES OF JAMES PICKETT
Atty for Third Pty Def
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

_____
Robert A. Rhodes, Esq.
HALLORAN & SAGE, LLP
Atty for Third Pty Def
Town of Ridgefield and Board of
Education, Town of Ridgefield
315 Post Road West
Westport, CT 06880