**RAYMOND J. KEEGAN & ASSOC., LLP**
Attorneys at Law
180 East Post Road
White Plains, New York 10601
(914) 683-1100
Facsimile: (914) 683-7363

RAYMOND J. KEEGAN*
JEFFREY J. KEEGAN*
*ALSO ADMITTED IN CONNECTICUT

INTERNET:
www.keegan-law.com

June 28, 2006

White Plains Hospital Center
Davis Avenue at East Post Road
White Plains, NY 10601

**RECEIVED**
JUL 1 8 2006
U.S. DISTRICT COURT
HARTFORD, CONN.

Attention: Radiology Department

    Re:   Patient:   Rose Russo
           DOB:      12/28/39
           Russo v Waring
           Our File No. 4206

Dear Sir or Madam::

    Enclosed please find an Affidavit of Authentication and subpoena for patient Rose Russo's x-rays.

    Please sign the enclosed Affidavit before a notary public. This permits the x-rays to come into evidence without the necessity of anyone from your department appearing in court.

    Kindly attach the subpoena and original affidavit to the x-rays when you mail them to the courthouse.

    Please send a signed copy of the Affidavit to me in the enclosed stamped, self-addressed envelope. If a notary is not available near your office, call me and I will send someone from my office to notarize the signature.

    Any fee for the copying of said x-rays should be forwarded to this office. Thank you for your assistance. Please feel free to call if you have any questions.

                                                        Very truly yours,

                                                         JEFFREY J. KEEGAN

JJK:rsh

Enclosures