UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO | : CIVIL ACTION NO. |
|     Plaintiff | : 300 CV 2424 (CFD) |
| | : |
| VS. | : |
| | : |
| BENJAMIN WARING, ET AL | : |
|     Defendants | : September 20, 2006 |

## MOTION FOR CONTINUANCE

The defendant Diane Schrier respectfully moves for a one week continuance of the pre-trial conference scheduled for October 3, 2006. The undersigned attorney is scheduled to be on trial in Pittsburgh, PA beginning on Monday, October 2, 2006.

Counsel for the plaintiff, Jeffrey Keegan, and the town of Ridgefield Defendants, Robert Rhodes, consent to the granting of this continuance.

DIANE SCHRIER

BY_____
Leo J. McManus
Fed. Bar No. ct14214
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT  06067
(860) 563-4439

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on September 20, 2006, postage prepaid, to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
Leo J. McManus

2