UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | 300 CV 2424 (CFD) |
| BENJAMIN WARING, | : | |
| | : | **MOTION IN LIMINE RE:** |
| Defendant, | : | **DEFENDANT DIANE SCHRIER -** |
| | : | **VOLUNTEER PROTECTION ACT** |
| VS. | : | |
| | : | October 2, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | |
| Third-Party Defendants. | : | |

The plaintiff, ROSE RUSSO, hereby move for an order precluding the introduction of the Federal Volunteer Protection Act. This stature is not relevant to any of the disputed issues in this case. A memorandum of law has been filed in support of this motion.

The Plaintiff, ROSE RUSSO

By_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Juries #: 412973
Federal Bar #: CT 17624

      RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
  3380 Main Street
  Stratford, Connecticut 06614

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following counsel of records on October 2, 2006 to:

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP