UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | 300 CV 2424 (CFD) |
| BENJAMIN WARING, | : | |
| | : | **MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE RE:** |
| Defendant, | : | **DEFENDANT DIANE SCHRIER - VOLUNTEER PROTECTION ACT** |
| VS. | : | |
| | : | October 2, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | |
| Third-Party Defendants. | : | |

I    Introduction

The plaintiff, ROSE RUSSO, hereby move for an order precluding the introduction of the Federal Volunteer Protection Act. This stature is not relevant to any of the disputed issues in this case. A memorandum of law has been filed in support of this motion.

II    Augument

In the present case, it is anticipated defendant Diane Schrier will offer the Federal Volunteer Protection Act as a defense to any possible liability being apportioned against her.

This case is based on diversity jurisdiction and therefore Connecticut law applies. Connecticut has already limited liability for some volunteers under Connecticut General

Statute Section 52 - 557m. Under said statute "any person who serves as a director, officer or trustee of a non profit organization qualified as a tax exempt organization under section 501(c) of the Internal Revenue Code of 1986...should be immune from civil liability..." Gaudet v. Broca 2001 WL 1617208 (Conn. Super.)

Since there is no evidence that the talent show, East Ridge Middle School, Diane Schrier or Town of Ridgefield; Board of Eduction, Town of ridgefield is a 501 ( c ) corporation, defendant Diane Schrier cannot claim protection under Conn. Gen. Statute section 52 - 557m.

III     Conclusion

Fort he foregoing reason, the plaintiff's Motion in Limine should be granted.

The Plaintiff, ROSE RUSSO

By_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road
White Plains, New York 10601
Tel. No. 914-683-1100
Juries #: 412973
Federal Bar #: CT 17624


RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614