UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | 300 CV 2424 (CFD) |
| | : | |
| BENJAMIN WARING, | : | |
| | : | **MOTION IN LIMINE RE:** |
| Defendant, | : | **RIDGEFIELD DEFENDANTS** |
| | : | **PROPOSED REQUEST TO** |
| | : | **CHARGE - APPORTIONMENT** |
| VS. | : | |
| | : | October 2, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : | |
| | : | |
| Third-Party Defendants. | : | |

The plaintiff, ROSE RUSSO, hereby move for an order precluding the words "settled parties" from the apportionment charge. This language is not relevant to any of the disputed issues in this case and are offered only for some prejudicial effect against the plaintiff. A memorandum of law has been filed in support of this motion.

The Plaintiff, ROSE RUSSO

By_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601

Tel. No. 914-683-1100
Juries #: 412973
Federal Bar #: CT 17624

RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following counsel of record on October 2, 2006 to:

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP