UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO, | : CIVIL ACTION |
| Plaintiff, | : |
| VS. | : 300 CV 2424 (CFD) |
| BENJAMIN WARING, | : |
| | : **MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE RE: RIDGEFIELD DEFENDANTS REQUEST TO CHARGE GOVERNMENTAL IMMUNITY** |
| Defendant, | : |
| VS. | : October 2, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | : |
| Third-Party Defendants. | : |

I   Introduction

The plaintiff, ROSE RUSSO, hereby move for an order precluding the request to charge GOVERNMENT IMMUNITY proposed by the Ridgefield defendants. This proposed charge is bypassing the juries purpose and would in effect handcuff the jury to have to not apportion any liability to the Ridgefield defendants.

II   Augument

In the present case, the Ridgefield defendants wish to offer as part of their request to charge - Governmental Immunity.

There are genuine issues of material fact, including whether the failure to provide security or supervision for an event held after normal operating hours on school property was a ministerial omission. The Court already held the determination of whether official acts or ommissions (ie. arranging for faculty chaperones and providing security for school events) was discretionary or ministerial, is a question left to the trier of fact. Gordon v. Bridgeport Housing Authority, 208 Conn. 161, 544 A.2d 1185 (1988) (citing Gauvin v. New Haven, 187 Conn. 180, 186, 445 A.2d1 (1982).

III     Conclusion

For the foregoing reason, the plaintiff's Motion in Limine should be granted.

The Plaintiff, ROSE RUSSO

By_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Juries #: 412973
Federal Bar #: CT 17624


RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614