UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>    Plaintiff | :    CIVIL ACTION NO.<br>:    3:00CV 2424 (CFD)<br>: |
| BENJAMIN WARING<br><br>    Defendant | :<br>:<br>:    October 5, 2006<br>: |
| VS. | : |
| ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | :<br>:<br>:<br>: |

### DEFENDANTS, TOWN OF RIDGEFIELD AND RIDGEFIELD BOARD OF EDUCATION, OBJECTION TO PROPOSED JURY CHARGES CONTAINED IN PLAINTIFF'S MOTION TO AMEND TRIAL MEMORANDUM

The Ridgefield defendants in the above-captioned matter do not object to the filing of the Motion to Amend the Trial Memorandum but do object to the substance of the proposed jury charges on non-delegable duty and independent contractor. In support of these charges, the plaintiff cite to the case of <u>Gazo v. City of Stamford</u>, 255 Conn. 245 (2000). However, <u>Gazo</u> case deals with a defective premises claim arising from the alleged negligent maintenance of a sidewalk which had accumulated ice and snow. The non-delegable duty doctrine referred to in <u>Gazo</u> applies to a premises defect and not to the claim of negligent supervision which is alleged in the present case. Therefore, the plaintiff's reliance on this doctrine and this case is misplaced.

- 1 -

Additionally, the Ridgefield defendants also object to the proposed charge on independent contractor as there has been no contention by Diane Schrier or the Ridgefield defendants that Diane Schrier was acting as an independent contractor. Additionally, the proposed charge is an over simplified an incorrect statement of the law on independent contractors.

For these reasons, the proposed jury charges contained in the plaintiff's Motion to Amend Trial Memorandum should not be given to the jury.

DEFENDANTS/THIRD PARTY PLAINTIFFS,
TOWN OF RIDGEFIELD;
BOARD OF EDUCATION,
TOWN OF RIDGEFIELD;

BY: _____
Robert A. Rhodes
Fed. Bar No. ct 13583
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
Tele: (203) 227-2855

## CERTIFICATION

This is to certify that on this 5TH day of October, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

- 3 -

896714v.1