**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROSE RUSSO | : CIVIL ACTION NO. |
|     Plaintiff | : 300 CV 2424 (CFD) |
| | : |
| VS. | : |
| | : |
| BENJAMIN WARING, ET AL | : |
|     Defendants | : October 9, 2006 |

**DEFENDANT DIANE SCHRIER'S OBJECTION TO RIDGEFIELD DEFENDANT'S MOTION IN LIMINE RE: HEARSAY**

The defendant Diane Schrier hereby objects to the Town of Ridgefield and Ridgefield Board of Education's (hereinafter collectively "Ridgefield" Motion in Limine re: Hearsay (# 121) on the grounds that it is premature, unnecessary and otherwise inappropriate to rule on the admissibility of such evidence at this time.  Although at this stage, the documents specified by Ridgefield in its motion facially constitute inadmissible hearsay, circumstances of the trial may render one or more of them admissible, i.e., past recollection recorded.  Accordingly, any ruling on admissibility should be handled in the usual manner.  A ruling at this stage is premature and unnecessary.

In light of the foregoing the motion should be denied and the instant objection sustained.

DIANE SCHRIER


BY_____
  Leo J. McManus
  Fed. Bar No. ct14214
  Law Offices of James Pickett
  805 Brook Street
  Rocky Hill, CT  06067
  (860) 563-4439

<u>CERTIFICATION</u>

      I hereby certify that a copy of the foregoing was mailed first class, postage prepaid and sent by facsimile transmission on October 9, 2006, postage prepaid, to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

                                          _____

                                          Leo J. McManus