**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROSE RUSSO | : CIVIL ACTION NO. |
|     Plaintiff | : 300 CV 2424 (CFD) |
| | : |
| VS. | : |
| | : |
| BENJAMIN WARING, ET AL | : |
|     Defendants | : October 9, 2006 |

**DEFENDANT DIANE SCHRIER'S OBJECTION TO PLAINTIFF'S MOTION IN LIMINE RE: VOLUNTEER PROTECTION ACT**

The defendant Diane Schrier hereby objects to the plaintiff Rose Russo's Motion in Limine re: Diane Schrier – Volunteer Protection Act (# 139). Plaintiff's sole claim in her memorandum of law in support of her motion is that that Volunteer Protection Act is irrelevant. She claims that only Connecticut state law applies as this is a federal action founded on diversity jurisdiction. The express provisions of the Act defeat this claim.

The federal Volunteer Protection Act, 42 USC § 14501, *et seq*., provides in relevant part for the preemption of the laws of any state, except to the extent that any such state law provides additional protection from liability relating to volunteers. 42 USC § 14502. Accordingly the provisions of the Volunteer Protection Act clearly apply to this action.

In light of the foregoing the motion should be denied and the instant objection

sustained.

                          DIANE SCHRIER


                  BY_____
                    Leo J. McManus
                    Fed. Bar No. ct14214
                    Law Offices of James Pickett
                    805 Brook Street
                    Rocky Hill, CT  06067
                    (860) 563-4439

<u>CERTIFICATION</u>

      I hereby certify that a copy of the foregoing was mailed first class, postage prepaid and sent by facsimile transmission on October 9, 2006, postage prepaid, to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

                                                     _____
                                                     Leo J. McManus