# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSE RUSSO | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:00-CV-2424 (CFD) |
| | : | |
| BENJAMIN WARING | : | |
|     Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT ROWE, GREGORY | : | |
| VERBANIC, DIANE SCHRIER, | : | |
| TOWN of RIDGEFIELD, BOARD of | : | |
| EDUCATION, TOWN of RIDGEFIELD | : | |

## PRETRIAL ORDER

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on October 10, 2006.  As a result of the pretrial conference, the Court issues this Pretrial Order.

       Plaintiff counsel:     Raymond Keegan and Jeffrey Keegan

       Defendant Diane Schrier counsel:     Leo McManus

       Defendant Town of Ridgefield and Board of Education Counsel:     Robert Rhodes

1.    <u>Jury Selection</u>

Jury selection will be held on **November 15, 2006.**  The evidence will begin **November 27, 2006.**  The trial will last **7-9 days**.

 The parties will be selecting **11** jurors.  Any motion requesting a different number of jurors shall be submitted by **October 23, 2006**.

The Court will determine the number of peremptory challenges.  Any memorandum concerning the number of peremptory challenges available to each side shall be submitted by **October 23, 2006**.

1

At jury selection, the Court will read to the jury the description of the case provided to the parties at the pretrial conference.

2.    Jurisdiction

The parties agree that the Court has personal and subject matter jurisdiction over this case.

3.    Applicable Law

The parties agree that Connecticut substantive law applies in this case.

4.    Opening Statement

The parties will each be allowed 15 minutes for their opening statements at trial.

5.    Trial Issues

The operative pleadings are the second amended complaint dated **September 12, 2001,** the answer by Schrier dated **April 11, 2002,** the amended answer and cross-claim by the Ridgefield defendants dated **April 18, 2002,** and the answer to the cross-claim by Schrier dated **October 4, 2005.**

A final list of joint stipulations is due by **November 15, 2006** following jury selection.

There will not be sequestration of witnesses during the trial.

Preliminary jury instructions will be provided to counsel at jury selection on **November 15, 2006**. Any objections to the preliminary jury instructions are due that day.

A revised exhibit list shall be exchanged on **November 15, 2006**. Any summary exhibits shall be exchanged by **November 15, 2006**. Demonstrative exhibits shall be identified by **November 15, 2006**.

Objections to exhibits are due by **October 17, 2006.**

Revised jury charges are due by **November 15, 2006** following jury selection.

Revised proposed verdict forms are due by **November 15, 2006** following jury selection.

Any additional motions in limine are due by **October 17, 2006**. Argument on the parties' motions in limine shall be heard on **October 24, 2006 at 10:00 am**. Argument on apportionment issues and on whether the court should submit factual questions regarding

2

immunity to the jury shall also be heard on **October 24, 2006 at 10:00 am**.

If the parties anticipate that any witnesses will be unavailable, they shall provide notice that they intend to offer deposition testimony by **October 24, 2006**.

6.    Electronic Courtroom Equipment

Counsel will use the Court's equipment.

7.    Objections

Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this ___11__th__ day of October 2006

_____/s/ CFD_____

**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**