UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO, | CIVIL ACTION |
| Plaintiff, | |
| VS. | 3:00 CV 2424 (CFD) |
| BENJAMIN WARING, | |
| Defendant, | |
| VS. | |
| | October 9, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD | |
| Third-Party Defendants. | |

## MOTION TO AMEND TRIAL MEMORANDUM A SECOND TIME

The amendment is to add an additional requests to charge on behalf of the plaintiff, annexed hereto as **Exhibit 1**. This case has been set down for trial on November 15, 2006, and a pretrial conference has been scheduled for October 10, 2006, at 3:00 p.m.

This motion will be filed and hand delivered to both defense counsel at the Conference.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion to amend the trial memorandum to include the annexed requests to charge set forth in **Exhibit 1**.

Plaintiff, ROSE RUSSO

By _____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP
180 East Post Road.
White Plains, New York 10601
Tel. No. 914-683-1100
Juris #: 412973
Federal Bar #: CT 17624

RAYMOND J. KEEGAN & ASSOC., LLP
c/o RODIE & CONNOLLY, P.C.
3380 Main Street
Stratford, Connecticut 06614

**REQUEST TO CHARGE**

Parents are not responsible for the negligent acts of their minor children. Kaminski v. Town of Fairfield, 21 Conn. 29, 578 A.2d 1048 (1990)

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was faxed and hand delivered to the following counsel of records on October 10, 2006 to:

LAW OFFICES OF JAMES PICKETT
805 Brook Street
Rocky Hill, CT 06067
Attorneys for Third-Party Defendant, Diane Schrier

HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Attorneys for Third-Party Defendants,
Town of Ridgefield and Board of Education
Town of Ridgefield

_____
Jeffrey J. Keegan
RAYMOND J. KEEGAN & ASSOC., LLP