UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO<br>    Plaintiff | CIVIL ACTION NO.<br>3:00CV 2424 (CFD) |
| VS | |
| BENJAMIN WARING<br>    Defendant | October 23, 2006 |
| VS. | |
| ROBERT ROWE; GREGORY<br>VERBANIC; DIANE SCHRIER<br>TOWN OF RIDGEFIELD; BOARD OF<br>EDUCATION, TOWN OF RIDGEFIELD | |

## MOTION FOR STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all of the remaining appearing parties to this matter have agreed and stipulated that the cross claim filed by the Town of Ridgefield and the Ridgefield Board of Education against Diane Schrier will be dismissed, without prejudice, and without any costs to any parties. This stipulation may be filed without further notice to the Clerk of the Court.

PLAINTIFF
ROSE RUSSO

BY: _____
RAYMOND J. KEEGAN
JEFFREY KEEGAN
Fed Bar #ct17624
81 Main Street
White Plains, NY 10601

THE DEFENDANTS,
TOWN OF RIDGEFIELD,
RIDGEFIELD BOARD OF EDUCATION

BY: _____
ROBERT A. RHODES
Fed. Bar #ct13583
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880

DEFENDANT
DIANE SCHRIER

BY: _____
LEO J. MCMANUS
Fed. Bar #ct14214
805 Brook Street
Rocky Hill, CT 06067

- 2 -

## CERTIFICATION

This is to certify that on this 24th day of October, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jeffrey J. Keegan, Esq.
180 East Post Road
White Plains, NY 10601

Leo J. McManus
Law Offices of James Pickett
805 Brook Street
Rocky Hill, CT 06067

_____
ROBERT A. RHODES

- 3 -

903237v.1