UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO, | CIVIL ACTION |
| Plaintiff, | |
| VS. | 300 CV 2424 (CFD) |
| BENJAMIN WARING, ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD, | STIPULATION OF DISMISSAL |
| Defendants, | |
| VS. | October 19, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD, | |
| Third-Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rules of Civil Procedure 41 (a)(1), by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action as to the plaintiff ROSE RUSSO against defendant(s) TOWN OF RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD, is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, NY
October 19, 2006

_____
RAYMOND J. KEEGAN & ASSOC., LLP
Attorney for Plaintiff
81 Main Street, Suite 203
White Plains, NY 10601
(914) 683-1100

_____
HALLORAN & SAGE, LLP
Attorneys for Defendants
Town of Ridgefield and Board of Education
Town of Ridgefield
315 Post Road West
Westport, CT 06880

_____
LAW OFFICES OF JAMES PICKETT
Attorneys for Defendant
Diane Schrier
805 Brook Street
Rocky Hill, CT 06067

2