UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSE RUSSO, | CIVIL ACTION |
| Plaintiff, | |
| VS. | 300 CV 2424 (CFD) |
| BENJAMIN WARING, ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD, | **STIPULATION OF DISMISSAL** |
| Defendants, | |
| VS. | October 27, 2006 |
| ROBERT ROWE, GREGORY VERBANIC, DIANE SCHRIER, TOWN of RIDGEFIELD; BOARD OF EDUCATION, TOWN OF RIDGEFIELD, | |
| Third-Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rules of Civil Procedure 41 (a)(1), by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent

person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action as to the plaintiff ROSE RUSSO against defendant DIANE SCHRIER, is dismissed with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, NY
October 27, 2006

_____
Jeffrey J. Keegan
Federal Bar No. CT 17624
RAYMOND J. KEEGAN & ASSOC., LLP
Attorney for Plaintiff
81 Main Street, Suite 203
White Plains, NY 10601
(914) 683-1100

_____
Leo J. McManus
Federal Bar No. CT 14214
LAW OFFICES OF JAMES PICKET
Attorneys for Defendant
Diane Schrier
805 Brook St.
Rocky Hill, CT 06067
(860) 563 - 4439